United States District Court

Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12  Eddie Cabrera,
13          Petitioner,                No. Civ. S-05-2623 FCD PAN P
14     vs.                             Order
15  Derrall G. Adams, Warden,
    et al.,
16
            Respondents.
17
18                          -oOo-
19     Petitioner, a prisoner without counsel, seeks to commence a
20  habeas corpus proceeding.
21     To commence a habeas corpus proceeding, a petitioner must
22  pay the $5.00 filing fee required by 28 U.S.C. § 1914(a) or
23  request leave of court to proceed in forma pauperis and submit
24  the affidavit and trust account statement required by 28 U.S.C.
25  § 1915(a).
26     Petitioner has neither paid the fee nor submitted an

1  application for leave to proceed in forma pauperis.
2      Within 30 days from the day this order is signed petitioner
3  may submit either the filing fee or the application required by
4  section 1915(a).  The clerk of the court is directed to mail to
5  petitioner a form application for leave to proceed in forma
6  pauperis.  Failure to comply with this order will result in this
7  file being closed.
8      So ordered.
9      Dated:  January 5, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge