IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE CABRERA,

    Petitioner,                       No. CIV S-05-2623 FCD PAN P

    vs.

DERRALL G. ADAMS, Warden, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee for this action.

        The application at bar attacks a 2003 decision by then California Governor Gray Davis to reverse a decision of the California Board of Prison Terms (BPT) granting petitioner's a parole date. The district of petitioner's confinement is the "proper forum" for this challenge to a denial of parole. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California. Corcoran is in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

   2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED:  March 16, 2006.

            _____
            UNITED STATES MAGISTRATE JUDGE

12
cabr2623.109