1

2

3                             UNITED STATES DISTRICT COURT

4                             EASTERN DISTRICT OF CALIFORNIA

5

6    EDDIE CABRERA,                          )        1:06-cv-0302-AWI-TAG HC
                                             )
7           Petitioner,                      )        ORDER DENYING MOTION FOR
                                             )        APPOINTMENT OF COUNSEL
            v.                               )        (Doc. 10)
8                                            )
     DERRALL G. ADAMS,                       )
9                                            )
                                             )
10          Respondent.                      )
                                             )
     _____)
11

12          Petitioner has requested the appointment of counsel.  (Doc. 10).  In support of his

13   motion, Petitioner indicates that he is indigent, cannot afford to hire an attorney, and that he

14   requests assistance in litigating this case.  (Id.).

15          There currently exists no absolute right to appointment of counsel in habeas

16   proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.); Mitchell v. Wyrick,

17   727 F.2d 773 (8th Cir.).  However, Title 18 U.S.C. § 3006A authorizes the appointment of

18   counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

19   Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of

20   justice require the appointment of counsel at the present time. The great majority of petitioners

21   in this Court are indigent, cannot afford to hire a private attorney, and would benefit from the

22   assistance of appointed counsel.  Therefore, Petitioner's situation, far from being unique, is the

23   norm rather than the exception.  Nothing in Petitioner's motion suggests that the interests of

24   justice require appointment of counsel at this time. Accordingly, IT IS HEREBY ORDERED

25   that Petitioner's request for appointment of counsel (Doc. 10), is DENIED.

26   IT IS SO ORDERED.

27   Dated:  **July 20, 2007**                        _____ **/s/ Theresa A. Goldner**
28   _____                                           UNITED STATES MAGISTRATE JUDGE