# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CABRERA, | ) 1:06-cv-00302-AWI-TAG HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION (Doc. 16) |
| v. | ) |
| | ) ORDER GRANTING MOTION TO DISMISS |
| | ) PETITION FOR WRIT OF HABEAS CORPUS |
| DERRALL G. ADAMS, | ) (Doc. 15) |
| | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| Respondent. | ) |
| | ) ORDER DIRECTING CLERK OF COURT |
| | ) TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 18, 2008, Respondent filed a motion to dismiss the petition as untimely. (Doc. 15). On July 23, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed because the petition was untimely under 28 U.S.C. § 2244(d)(1). (Doc. 16). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 23, 2008 (Doc. 16), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 15), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED as untimely; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 15, 2008**             /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE